# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GOOD OL SCHOOL LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 21-5676 |
| | : | |
| **WESTCHESTER SURPLUS LINES** | : | |
| **INSURANCE COMPANY** | : | |

## ORDER

This 6th day of June, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment, ECF 32, is **DENIED.**

It is further **ORDERED** that Defendant is granted leave, at its option, to depose Plaintiff's proffered expert, Jason Elmer, the costs of which, including Defendant's counsel fees, shall be borne by Plaintiff.

/s/ Gerald Austin McHugh
United States District Judge